

**LECLAIR KORONA GIORDANO COLE** LLP
ATTORNEYS

STEVEN E. COLE, ESQ., PARTNER
WRITER'S DIRECT DIAL: (585) 327-4108
E-mail: scole@leclairkorona.com

July 9, 2009

**Via ECF**

Hon. Gustave J. DiBianco
United States Magistrate Judge
Northern District of New York
100 South Clinton Street
Syracuse, New York   13261-7367

Re:   *Zomba Recording, LLC v. Colette Chen*
      Case No.: 5:08-cv-698 (NPM/GJD)

Dear Judge DiBianco:

On behalf of plaintiffs, and pursuant to the instructions in your Order of today's date, I am writing to respectfully request that the Rule 16 conference in this matter be rescheduled for Tuesday, August 25, 2009.

Respectfully yours,

**s/Steven E. Cole**

Steven E. Cole

cc:   Colette Chen   (via U.S. Mail)