UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

ZOMBA RECORDING LLC, a Delaware limited liability company; INTERSCOPE RECORDS, a California general partnership; CAPITOL RECORDS, LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,

      Plaintiffs,

v.

COLETTE CHEN,

      Defendant.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Case No.: 5:08-cv-00698-NPM-GJD

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiffs ZOMBA RECORDING LLC, *et al.*, and Defendant Colette Chen, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear its/her own costs and fees. The parties request that the Clerk of Court now close this case.

_____
Steven E. Cole, Esq.
Paul L. LeClair, Esq.
**LECLAIR KORONA GIORDANO COLE LLP**
150 State Street, Suite 300
Rochester, New York 14614-1353
Telephone: (585) 327-4100
**Attorneys for Plaintiffs**

_____
Colette Chen, *in propria persona*

IT IS SO ORDERED:

_____
Neal P. McCurn
U.S. District Judge
Dated: August 25, 2009
  Syracuse, NY